1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10

11    MARC OLIN LEVY,                          No. C-11-01850 DMR

12              Plaintiff,                      **SUA SPONTE JUDICIAL REFERRAL
                                                FOR PURPOSES OF DETERMINING**
13         v.                                   **RELATIONSHIP OF CASES**

14    PRIVATE DEFENDER PROGRAM,

15              Defendant.
      _____/
16

17         On April 18, 2011, Plaintiff Marc Olin Levy filed this *pro se* action.  Pursuant to Civil Local

18    Rule 3-12(c), the Court *sua sponte* refers this case to Judge Richard Seeborg to determine whether it

19    is related to *Levy v. Private Defender Program*, C10-5114-RS.

20         IT IS SO ORDERED.

21

22    Dated:  April 26, 2011

23                                             _____
                                               DONNA M. RYU
24                                             United States Magistrate Judge

25

26

27

28

*United States District Court*
For the Northern District of California