*E-Filed 6/20/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MARC OLIN LEVY,

        Plaintiff,

  v.

PRIVATE DEFENDER PROGRAM,

        Defendant.
_____/

No. C 11-01850 RS

**ORDER DISMISSING MATTER WITHOUT PREJUDICE**

On May 17, 2011, the Court denied plaintiff's motion to proceed in forma pauperis, and directed him to pay the filing fee within thirty days on penalty of dismissal without prejudice. The requisite time period has passed, and Levy has not paid the fee. Levy did, however, file a "motion for default judgment" on May 23, 2011. This motion must also be denied, chiefly because it does not appear that Levy has served his complaint. The matter is dismissed, without prejudice, and the Clerk shall close the file.

IT IS SO ORDERED.

Dated: 6/20/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 11-1850 RS
ORDER

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Marc Olin Levy**
505 Cypress Avenue, #205
South San Francisco, CA 94080

DATED:  6/20/11

/s/ Chambers Staff
Chambers of Judge Richard Seeborg

\* Counsel are responsible for distributing copies of this document to any co-counsel who have not registered with the Court's electronic filing system.

No. C 11-1850 RS
ORDER

3